UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHIL ECKSTEIN  :  JURY TRIAL DEMANDED

v.  :  CASE NO.  3:09cv

IMPERIAL CREDIT SYSTEMS, INC.

## COMPLAINT

1.  This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.  This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.  Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.  Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.  On January 29, 2009, and March 19, 2009, defendant communicated with plaintiff on behalf of Chrysler Financial despite knowing that his disputed account was in a "cease and desist" status.

6.  Defendant's collection efforts violated 15 U.S.C. §1692c, -e, –f or -g.

SECOND COUNT

7.  The allegations of the First Count are repeated and realleged.

8.  Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA..

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                THE PLAINTIFF


                BY_____/s/ Joanne S. Faulkner___
                JOANNE S. FAULKNER ct04137
                    123 Avon Street
                    New Haven, CT 06511-2422
                    (203) 772-0395
                    faulknerlawoffice@snet.net